# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00001-CV

**Charlsey Adams, an Individual, and Charlsey Adams, Ward of Lula Fae Moore, Guardian of the Person and Estate of Charlsey Adams, Appellants**

**v.**

**Guardianship of Charlsey Adams, An Incapacitated Person, Appellee**

### FROM THE COUNTY COURT OF TOM GREEN COUNTY
### NO. 05-G-025, HONORABLE MICHAEL D. BROWN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss the appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellants' Motion

Filed:   April 28, 2006